THE STATE OF OHIO, APPELLANT, *v.* JENKINS, APPELLEE.

[Cite as State *v.* Jenkins (1986), 27 Ohio St. 3d 6.]

(No. 86-55—Decided November 5, 1986.)

*Richard L. Fox,* assistant city prosecutor, for appellant.

*Gerald A. Latanich* and the *Joint County Public Defender's Office,* for appellee.

The judgment of the court of appeals filed November 15, 1985 (case No. 85A06-042) is hereby reversed on authority of State v. *Plummer* (1986), 22 Ohio St. 3d 292, and the judgment of conviction of the trial court is reinstated.

CELEBREZZE, C.J., SWEENEY, LOCHER, HOLMES, C. BROWN, DOUGLAS and WRIGHT, JJ., concur.